0     2713

NO OPINION
EVER ISSUED
BY THIS
NUMBER